Chapter 13 Plan Form, Revised 10/24/2005

# CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF MISSISSIPPI

**CASE NO.** __11-11445__

Debtor  **Gregory B Hill** _____ SS# **xxx-xx-2614** _____ Current Monthly Income $ **861.16**
Joint Debtor _____ SS# _____ Current Monthly Income $ _____
Address  **124 Rankin Rd. Lamar, MS 38642-0000** _____ No. of Dependents **0**
Telephone No. _____ **TAX REFUNDS AND EIC FOR DISTRIBUTION:** _____

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed, and the treatment of all secured / priority debts must be provided for in this plan.**

## PAYMENT AND LENGTH OF PLAN
The plan period shall be for a period of __54__ months, not to exceed 60 months. Debtor or Joint Debtor will make payments directly to the Trustee ONLY if self-employed, unemployed, or the recipient of government benefits.

(A)   Debtor shall pay $ __459.50__ per **month** to the Chapter 13 Trustee. A payroll deduction order will be issued to Debtor since he is self-employed:

(B)   Joint Debtor shall pay $____ per **(monthly / semi-monthly / weekly / bi-weekly )** to the Chapter 13 Trustee. A payroll deduction order will be issued to Debtor's employer @:

**PRIORITY CREDITORS.** Filed claims that are not disallowed to be paid in full: IRS $ __0.00__ @ $ __0.00__ /mo
State Tax Commission $ __0.00__ @ $ __0.00__ /mo Other $ __0.00__ @ $ __0.00__ /mo

**DOMESTIC SUPPORT OBLIGATIONS (POST PETITION) DUE TO:**

MDHS - CSE
Attn: Bankruptcy Reporting Contact
P.O. Box 352
Jackson, MS 39205

**beginning April, 2011 in the amount of $142.00 per month on the Marshall County obligation and $150.00 per month on the Benton County obligation shall be paid:**
__XXX__ direct _____ through payroll deduction _____ through the plan.

**PREPETITION DOMESTIC SUPPORT ARREARAGE CLAIMS DUE TO:**

MDHS - CSE
Attn: Bankruptcy Reporting Contact
P.O. Box 352
Jackson, MS 39205

**in the amount of $1,400.00 shall be paid $25.93 per month:**
_____ through payroll deduction __XXX__ through the plan.

## HOME MORTGAGE(S)

| | | | | | | |
|---|---|---|---|---|---|---|
| MTG PMTS TO: | **Bayview Loan Servicing, LLC** | BEGINNING | **06/01/2011** | @$ | **1,129.00** | ☐ PLAN ☒ DIRECT |
| MTG PMTS TO: | **Burch & Hurdle Land Coll.** | BEGINNING | **06/01/2011** | @$ | **500.25** | ☐ PLAN ☒ DIRECT |
| MTG PMTS TO: | **Burch & Hurdle Land Coll.** | BEGINNING | **06/01/2011** | @$ | **286.32** | ☐ PLAN ☒ DIRECT |
| MTG ARREARS TO: | **Bayview Loan Servicing, LLC** | THRU | **05/01/2011** | $ | **3,400.00** @$ | **42.04** /MO* |
| | | | | | (*Including interest at **0.00** %) | |
| MTG ARREARS TO: | **Burch & Hurdle Land Coll.** | THRU | **05/01/2011** | $ | **6,238.39** @$ | **115.53** /MO* |
| | | | | | (*Including interest at **0.00** %) | |
| MTG ARREARS TO: | **Burch & Hurdle Land Coll,** | THRU | **05/01/2011** | $ | **3,211.54** @$ | **59.47** /MO* |
| | | | | | (*Including interest at **0.00** %) | |

Debtor's Initials __GH__ Joint Debtor's Initials _____

Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

**SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1326(a)(5)(B)(i) until plan is completed and be paid as secured claimant(s) the sum set out in the column "Total Amt. to be Paid" or pursuant to Order of the Court.  That portion of the claim not paid as secured shall be paid as an unsecured claim.

| Creditor's Name | Collateral | Approx. Amt. Owed | Value | Intrst. Rate | Total Amt. To Be Paid | Monthly Payment |
|---|---|---|---|---|---|---|
| Ed Hippchen | 1 acre located at 775 Holly North, Holly Springs, MS | 95,000.00 | 114,000.00 | 7.00  % | 7,011.87 | 129.85 |

**SPECIAL CLAIMANTS.** (Co-signed debts, collateral for abandonment, etc.) ON ABANDONED COLLATERAL, DEBTOR TO PAY ZERO ON SECURED PORTION OF DEBT. Where proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| Creditor's Name | Collateral or Type of Debt | Approx. Amt. Owed | Proposal to Be Paid |
|---|---|---|---|
| BancorpSouth | 3 acres located at 124 Rankin Rd., Lamar, MS togher with a house located thereon. | 25,000.00 | surrender collateral; treat deficiency as a general unsecured claim |
| Bank of America | 3 acres located at 124 Rankin Rd., Lamar, MS togher with a house located thereon. | 189,000.00 | surrender collateral; treat deficiency as a general unsecured claim |

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments:   **-NONE-**

**UNSECURED DEBTS** totaling approximately $ __175,498.86__ are to be paid in deferred payments to creditors that have **timely filed claims** that are not disallowed: ____ IN FULL or __0__ % (PERCENT) MINIMUM.

Total Attorney Fees Charged $ **2,800.00**

Attorney Fees Previously Paid $ **1,000.00**

Atty fees to be paid through the plan $ **1,800.00**

Pay administrative costs and debtor's attorney fees **Pursuant to Court Order and/or local rules with the attorney's fees being paid by an initial payment of $50.00 plus payment of 10% of the payments made by the debtors.**

Name/Address/Phone # of Vehicle Insurance Co./Agent

Attorney for Debtor (Name/Address/Phone # / Email)
**Robert Gambrell 4409**

**101 Ricky D Britt Sr Blvd**
**Suite 3**
**Oxford, MS 38655-4236**

Telephone/Fax

Telephone/Fax  **662-281-8800/662-202-1004**
E-mail Address  **rg@ms-bankruptcy.com**

DATE: **April 29, 2011**

DEBTOR'S SIGNATURE       **/s/ Gregory B Hill**

JOINT DEBTOR'S SIGNATURE

ATTORNEY'S SIGNATURE     **/s/ Robert Gambrell**

Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com