UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

In Re: GREGORY B HILL                                    CASE NO. 11-11445 DWH

MOTION TO CONVERT CHAPTER 13
CASE TO A CASE UNDER CHAPTER 7

Debtor moves the Court to convert his Chapter 13 Bankruptcy Petition to a Chapter 7 Bankruptcy Petition.

                    Respectfully Submitted,
                    GREGORY B HILL, Debtor

BY:  /s/ Robert Gambrell
       ROBERT GAMBRELL, Attorney for Debtor
       101 Ricky D Britt Sr Blvd, Ste 3
       Oxford, MS 38655
       Ph: 662-281-8800 / Fax: 662-202-1004
       MS Bar #4409

CERTIFICATE OF SERVICE

I, ROBERT GAMBRELL, Attorney for the above listed Debtor, do hereby certify that the following have been served electronically via ECF with a copy of the above Motion to Convert Chapter 13 Case to a Case under Chapter 7:

Henry G. Hobbs, Jr., Acting U. S. Trustee: USTPRegion05.JA.ECF@usdoj.gov
Locke D. Barkley:    sbeasley@barkley13.com

This the 28th day of July, 2011.

                    /s/ Robert Gambrell
                    ROBERT GAMBRELL

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

In Re: GREGORY B HILL                                              CASE NO. 11-11445 DWH

## ORDER

AFTER CONSIDERING the above Debtor's Motion, the Court finds that the above Debtor's Chapter 13 Bankruptcy Petition should be converted to a Chapter 7 Bankruptcy Petition and Debtor should be granted leave to proceed in the above styled and numbered cause under Chapter 7 of the Bankruptcy Code.

IT IS THEREFORE ORDERED, that Debtor be and hereby is granted leave to convert his Chapter 13 Bankruptcy Petition to a Chapter 7 Bankruptcy Petition and that he is entitled to proceed under Chapter 7 of the Bankruptcy Code.

SO ORDERED on this the _____ day of _____, 2011.


_____
U. S. BANKRUPTCY COURT JUDGE